# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ARROW PRODUCTIONS, LTD., ) | |
| ) | |
| Plaintiff, ) | Case No. 2:09-cv-00737-PMP-PAL |
| ) | |
| vs. ) | **ORDER TO SHOW CAUSE** |
| ) | |
| V.C.X. LTD., ) | |
| ) | |
| Defendants. ) | |

This matter is before the court on the Defendant's failure to comply with this court's Order (Dkt. #18) requiring it to file a Certificate of Interested Parties as required by LR 7.1-1. The court's Order (Dkt. #18) entered December 3, 2009 required Defendant to file its Certificate of Interested Parties no later than 4:00 p.m. on December 17, 2009 and further advised Defendant that its failure to timely comply with the court's order could result in sanctions. To date, Defendant has failed to comply with this court's order.

The purpose of the certificate is to advise the court of all parties who may have an interest in the outcome of the case so that the assigned judges may evaluate whether they have a conflict of interest which requires recusal. Filing the certificate is a simple matter. Failing to comply with the Local Rules of Practice, the Federal Rules of Civil Procedure, and the court's orders may result in sanctions up to and including case-dispositive sanctions. If Defendant knows of no other parties who may have an interest in the outcome of this case, a simple statement to that effect will suffice. Accordingly,

/ / /

/ / /

/ / /

/ / /

**IT IS ORDERED** that Defendant shall show cause, in writing, **no later than January 26, 2010** why sanctions should not be imposed for its failure to file a Certificate as to Interested Parties and its failure to comply with this court's Order (Dkt. #18).

Dated this 12th day of January, 2010.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE