1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

SOUTHERN DIVISION

| ARROW PRODUCTIONS, LTD., a Nevada Corporation,<br>　　　　　　　Plaintiff,<br><br>v.<br><br>V.C.X. LTD., a Nevada Corporation, DAVID H. SUTTON, an Individual and DOES 1-10,<br>　　　　　　　Defendants. | Case Number **2:09-cv-0737-PMP-PAL**<br><br>Hon. Philip M. Pro,<br>United States District Judge<br><br>Hon. Peggy Leen,<br>United States Magistrate Judge<br><br>**ORDER CONCERNING MOTION TO COMPEL DISCLOSURES AND DISCOVERY (# 26) CURRENTLY SCHEDULED FOR HEARING ON MAY 18, 2010 (# 27)** |

　　　　Pursuant to the stipulation of the parties, it is ORDERED:

　　　　Plaintiff's Motion to Compel Disclosures and Discovery (# 26) (the "Motion to Compel") is GRANTED to the following extent:

　　　　1.　　　Defendants V.C.X., Ltd. and David H. Sutton ("Defendants") are ORDERED to make the initial disclosures required by Rule 26 of the Federal Rules of Civil Procedure within thirty (30) days of this order;

　　　　2.　　　It is ORDERED that any and all objections Defendants may have to (1) any of the Interrogatories identified in the Motion to Compel and/or (2) any of the Requests for

1  Production of Documents identified in the Motion to Compel are deemed waived except the
2  attorney-client privilege and the privilege against self-incrimination.
3      3.   Defendants are ORDERED to answer (1) the Interrogatories identified in the
4  Motion to Compel and (2) the Requests for Production of Documents identified in the
5  Motion to Compel within thirty (30) days of this Order.
6      4.   As expenses for the preparation of the Motion to Compel, Plaintiff is awarded
7  two thousand dollars ($2,000.00), pursuant to Rule 37(a)(5)(A) of the Federal Rules of Civil
8  Procedure. Defendants are ORDERED to deliver (by courier or overnight delivery service
9  such as Federal Express), within five (5) days of this order, a check in that amount, backed
10 by good funds and payable to the Law Offices of Clyde DeWitt, to his office at 732 South
11 Sixth Street, Suite 100, Las Vegas, NV 89101.
12     5.   The clerk is ORDERED to cancel the hearing on the Motion to Compel, which
13 hearing is now scheduled for May 18, 2010.
14     Signed this 28th day of April, 2010.

16                    _____
17                         UNITED STATES MAGISTRATE JUDGE

18 Approved as to Form and Content:

20  /s/ Clyde DeWitt
    Clyde DeWitt,
    Counsel for Plaintiff

22  /s/ Timothy Riley
    Timothy C. Riley
23  Counsel for Defendants