Clyde DeWitt
Nevada State Bar No. 9791
California State Bar No. 117911
Law Offices of Clyde DeWitt,
    A Professional Corporation
732 South Sixth Street, Suite 100
Las Vegas, NV 89101
(702) 386-1756
*clydedewitt@earthlink.net*

Allen Lichtenstein
Nevada State Bar No. 3992
3315 Russell Road, No. 222
Las Vegas, NV 89120
(702) 433-2666; Fax: (702) 433-9591
*alichtensteinlaw@aol.com*

Counsel for Plaintiff,
Arrow Productions, Ltd.

Timothy C. Riley
Law Office of Timothy C. Riley
7274 Meadowlark Place
Alta Loma, CA 91701-6333
(626) 840-1707
*trileylaw@aol.com*

Counsel for Defendants
V.C.X., Ltd. and David Sutton

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

**SOUTHERN DIVISION**

| | |
|---|---|
| ARROW PRODUCTIONS, LTD., a Nevada Corporation,<br>          Plaintiff,<br><br>v.<br><br>V.C.X. LTD., a Nevada Corporation, DAVID H. SUTTON, an Individual and DOES 1-10,<br>          Defendants. | Case Number **2:09-cv-0737-PMP-PAL**<br><br>Hon. Philip M. Pro,<br>    United States District Judge<br><br>Hon. Peggy A. Leen,<br>    United States Magistrate Judge<br><br>**NOTICE OF SETTLEMENT** |

1    On January 4, 2011, the parties were ordered to file a joint pretrial order in the
2 above-captioned matter by 4:00 PM today.  The parties have reached a settlement.  The
3 settlement includes a request that the Court enter a proposed consent decree which will
4 constitute a final judgment in the case.  It will be submitted within ten (10) days.

5 Dated: January 18, 2011.            Respectfully Submitted,

6                                     CLYDE DeWITT
                                      LAW OFFICES OF CLYDE DeWITT, APC
7
                                      ALLEN LICHTENSTEIN, ESQ.
8

9
                                      By: /s/ Clyde DeWitt
10                                          Clyde DeWitt

11                                    Counsel for Plaintiff,
                                      Arrow Productions, Ltd.
12
                                      TIMOTHY C. RILEY
13                                    LAW OFFICE OF TIMOTHY C. RILEY

14

15                                    By: /s/ Timothy C. Riley
                                           Timothy C. Riley
16
                                      Counsel for Defendants

**Page 2**

**NOTICE OF SETTLEMENT**

Case Number 2:09-cv-0737-PMP-PAL

K:\Files\Pistol 0518\VCX 002\11-006 -p- Notice of Settlement.wpd