Timothy C. Riley
California State Bar No. 112667
Law Office of Timothy C. Riley
7274 Meadowlark Place
Alta Loma, California 91701
Telephone 626-840-1707
e-mail: trileylaw@aol.com

Counsel for Defendants
V.C.X .Ltd. and David Sutton

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

### SOUTHERN DIVISION

| | |
|---|---|
| ARROW PRODUCTIONS, LTD., a Nevada Corporation,<br>　　　　　Plaintiff,<br><br>v.<br><br>V.C.X. LTD., a Nevada Corporation, DAVID H. SUTTON, an Individual and DOES 1-10,<br>　　　　　Defendants. | Case Number **2:09-cv-0737-PMP-PAL**<br><br>Hon. Philip M. Pro<br><br>**REQUEST TO APPEAR AT APRIL 13, 2011 STATUS CONFERENCE BY TELEPHONE**<br><br>Date: April 13, 2011<br>Time: 9:30 am<br>Place: Courtroom 7C |

　　　　Counsel for Defendants, Timothy C. Riley, hereby requests that he be permitted to appear at the above referenced Status Conference by telephone. The basis for this request is that Counsel Riley is currently a patient at a residential treatment program and is unable

---

**Page 1**

REQUEST TO APPEAR AT APRIL 13, 2011 STATUS CONFERENCE BY TELEPHONE

Case Number **2:09-cv-0737-PMP-PAL**

K:\Files\Pistol 0518\VCX 002\[2011-4-11] Riley Request to Appear via Phone.wpd

to travel from the facility. Counsel for Plaintiff, Clyde DeWitt, has been contacted regarding this request and does not oppose it. The number that Plaintiff's counsel can be reached at is (626) 798-2723.

Dated: April 11, 2011

TIMOTHY C. RILEY
LAW OFFICES OF TIMOTHY C. RILEY

By:     /s/ Timothy Riley
         Timothy C. Riley

Counsel for Defendants,
V.C.X. Ltd. and David H. Sutton

Approved:

CLYDE DeWITT
LAW OFFICES OF CLYDE DeWITT, APC
ALLEN LICHTENSTEIN, ESQ.

By:     /s/ Clyde DeWitt
         Clyde DeWitt

Counsel for Plaintiff, Arrow Productions, Ltd.

IT IS SO ORDERED.

_____
PHILIP M. PRO,
UNITED STATES DISTRICT JUDGE

Dated: April 12, 2011.

---

Page 2

**REQUEST TO APPEAR AT APRIL 13, 2011 STATUS CONFERENCE BY TELEPHONE**

Case Number 2:09-cv-0737-PMP-PAL

K:\Files\Pistol 0518\VCX 002\[2011-4-11] Riley Request to Appear via Phone.wpd