Timothy C. Riley
California State Bar No. 112667
Law Office of Timothy C. Riley
420 W. Sierra Madre Blvd., Suite N
Sierra Madre, California 91101
Tel: 626-325-3433

Attorney for Defendants V.C.X. Ltd. and David Sutton

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA – SOUTHERN DIVISION

| | |
|---|---|
| ARROW PRODUCTIONS, LTD., a Nevada Corporation,<br><br>Plaintiff,<br><br>v.<br><br>V.C.X. LTD., a Nevada Corporation, DAVID H. SUTTON, an individual and DOES 1-10,<br><br>Defendants. | CASE NO:  2:09-cv-00737-PMP-PAL<br><br>Hon. Philip M. Pro<br>United States District Judge<br><br>Hon. Peggy A. Leen<br>United States Magistrate Judge<br><br>DEFENDANTS' NOTICE OF AVAILABLE TRIAL DATES |

Defendants submit the following list of available trial dates in the above-captioned matter:

1.     The week of Monday, October 17, 2011;

2.     The week of Monday, October 24, 2011;

3.     The week of Monday, October 31, 2011.

Dated: August 20, 2011                                    Law Office of Timothy C. Riley


By:  S/Timothy C. Riley
Timothy C. Riley
Counsel for Defendants

**PROOF OF SERVICE**

 I am employed in the county of Los Angeles, State of California; my business address is 420 W. Sierra Madre Blvd., Suite N, Sierra Madre, California 91024
.

 On August 20, 2011, I served the foregoing document described as follows**:**

DEFENDANTS' NOTICE OF AVAILABLE TRIAL DATES

upon the interested parties by electronic delivery to the to the interested parties as follows:

| | |
|---|---|
| Allen Lichtenstein, Esq. | Clyde De Witt, Esq. |
| 3315 Russell Road, No. 222 | 732 South Sixth Street |
| Las Vegas, Nevada 89120 | Las Vegas, Nevada 89101 |
| Phone 702-433-2666 | Phone 310-392-2600 |
| Fax  702-433-9591 | Fax  310-362-8867 |

 Executed this 20th  day of August, 2011 at 420 W. Sierra Madre Blvd., Suite N, Sierra Madre, California 91024.  I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

S/Timothy C. Riley
Timothy C. Riley