Nevada State Bar No. 9791
Law Offices of Clyde DeWitt,
    A Professional Corporation
732 South Sixth Street, Suite 100
Las Vegas, NV 89101
(702) 386-1756
*clydedewitt@earthlink.net*

Allen Lichtenstein
Nevada State Bar No. 3992
3315 Russell Road, No. 222
Las Vegas, NV 89120
(702) 433-2666; Fax: (702) 433-9591
*alichtensteinlaw@aol.com*

Counsel for Plaintiff,
Arrow Productions, Ltd.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

## SOUTHERN DIVISION

| | |
|---|---|
| ARROW PRODUCTIONS, LTD., a Nevada Corporation,<br><br>               Plaintiff,<br><br>v.<br><br>V.C.X. LTD., a Nevada Corporation, DAVID H. SUTTON, an Individual and DOES 1-10,<br><br>               Defendants. | Case Number **2:09-cv-0737-PMP-PAL**<br><br>Hon. Philip M. Pro,<br>      United States District Judge<br><br>Hon. Peggy A. Leen,<br>      United States Magistrate Judge<br><br>**STIPULATION, FINDINGS THEREON, ORDER AND FINAL JUDGMENT** |

It is stipulated that:

**PARTIES**

Arrow Productions, Ltd. ("Arrow") is a corporation, organized and existing under the laws of the State of Nevada, with its principal office in the City of Las Vegas, Clark County, Nevada.

Raymond Pistol ("Pistol") is an individual, a resident and citizen of Clark County, Nevada and sole owner, officer and director of Arrow.

Arrow and Pistol are sometimes referenced herein together as the "Arrow Parties."

1    VCX, Ltd. ("VCX") is a corporation, organized and existing under the laws of the

2    State of Nevada, with its principal office in the City of North Las Vegas, Clark County,

3    Nevada.

4    David H. Sutton ("Sutton") is an individual, a resident and citizen of Clark County,

5    Nevada and sole owner, officer and director of VCX.

6    VCX and Sutton are sometimes referenced herein together as the "VCX Parties."

7    The Arrow Parties and the VCX Parties are sometimes referenced herein together as

8    the "Parties".

9

10    **THE INTELLECTUAL PROPERTY INVOLVED**

11    *Deep Throat*

12    Deep Throat, also known as Deep Throat Starring Linda Lovelace, is a motion picture,

13    first exhibited theatrically in 1972 and the first in a series of motion pictures including "Deep

14    Throat" in the title. The first Deep Throat motion picture is the subject of Document Number

15    V1705P538 in the United States Copyright Office, Date of Recordation, January 19, 1979.

16    Deep Throat® also is a trademark because it identifies a series of motion pictures

17    including "Deep Throat" in the title. The Deep Throat® mark is registered with the United

18    States Patent and Trademark Office, Registration Number 2993913; Registration Date

19    September 13, 2005.

20    Linda Lovelace® also is a trademark because it identifies a character in series of

21    motion pictures including "Deep Throat" in the title. The Linda Lovelace® mark is

22    registered with the United States Patent and Trademark Office, Registration Number

23    3691818; Registration Date October 6, 2009.

24

25

26

27    **Page 2**

STIPULATION, FINDINGS THEREON, ORDER AND FINAL JUDGMENT

28    Case Number 2:09-cv-0737-PMP-PAL

K:\Files\Pistol 0518\VCX 002\~ Settlement Document Exchanges\Stipulation and Order.wpd

1   The above copyright and trademark rights involving "Deep Throat" are collectively

2   referenced herein as the "Deep Throat Rights."

3

4   *Debbie Does Dallas*

5   Debbie Does Dallas is a motion picture, first exhibited theatrically in or around 1978.

6   That motion picture is the subject of Document Number PA0000194646 in the United States

7   Copyright Office, Date of Recordation October 14, 1983.

8   Debbie Does Dallas® also is a trademark because it identifies a series of motion

9   pictures including "Debbie Does Dallas" in the title. The Debbie Does Dallas® mark was

10  registered by Arrow with the United States Patent and Trademark Office, Registration

11  Number 3260989; Registration Date July 10, 2007

12  The above copyright and trademark rights involving the motion picture Debbie Does

13  Dallas are collectively reverenced herein as the "Debbie Does Dallas Rights".

14

15  **UNDERLYING FACTS**

16      1.      Louis Peraino ("Peraino") in 1972 hired Gerrard Damiano to direct the movie

17  Deep Throat for him. Accordingly, under the copyright law, Deep Throat was a work for

18  hire, made by Peraino at his personal expense. The author and therefore original copyright

19  owner therefore was Peraino, individually.

20      2.      Peraino's agent erroneously registered the copyright to Plymouth Distributors,

21  a corporation that did not then, in 1972, exist; in fact Plymouth Distributors was a fictitious

22  business name of Peraino's.

23      3.      Peraino continued to personally own the copyright on Deep Throat from then

24  until 1996, although he licensed it to a number of corporations that he owned. Those licenses

25

26

27                                    Page 3

28          STIPULATION, FINDINGS THEREON, ORDER AND FINAL JUDGMENT

                                        Case Number 2:09-cv-0737-PMP-PAL

K:\Files\Pistol 0518\VCX 002\~ Settlement Document Exchanges\Stipulation and Order.wpd

1  were not in writing.  One such licensee was Plymouth Distributors, Inc., a New York

2  Corporation, which was chartered in 1976; the license expired by operation of law in 1981

3  when the corporation discontinued operation.

4       4.     In 1996, Arrow Productions, Ltd., a Nevada corporation and the plaintiff in this

5  case ("Arrow"), purchased the copyrights from Peraino by written assignment from Peraino

6  to Arrow Productions, Ltd.

7       5.     Deep Throat was exhibited in theaters beginning in 1972, first in New York

8  City and then in Los Angeles (Hollywood), California.  According to the testimony of

9  Charles Bernstein, which the parties credit, Peraino never relinquished copies of any of the

10  prints to Deep Throat until the 1980s; and those prints each included a copyright notice.

11  Before then, the prints may or may not have included a copyright notice but it was of no

12  moment because Peraino  leased the entire theaters, paid all of the employees and collected

13  the revenues, remaining in control of the prints.  That process is known in the theater

14  business as "four walling."

15       6.     Thus, contrary to what VCX believed, Deep Throat was not put into the public

16  domain by virtue of circulating prints without a copyright notice.  While there may have been

17  prints of Deep Throat that were circulated without a copyright notice, those were amongst

18  the many unauthorized prints that were made by the film lab without knowledge or

19  authorization of Peraino or his corporation and sold illegally.

20       7.     Accordingly, Arrow owns a valid copyright on the motion picture *Deep Throat*.

21

22  **CONSENT DECREES**

23                           I.

24

25

26

27  Page 4

28  STIPULATION, FINDINGS THEREON, ORDER AND FINAL JUDGMENT

Case Number 2:09-cv-0737-PMP-PAL

K \Files\Pistol 0518\VCX 002\- Settlement Document Exchanges\Stipulation and Order wpd

The Arrow Parties, along with their owners, directors, officers, employees agents successors and assigns and anyone working in concert with any of them, are permanently enjoined from:

    1.    Manufacturing, copying or otherwise reproducing or making any derivative work of *Debbie Does Dallas* in any tangible medium, whether now known or contemplated, including but not limited to DVD, videotape, and magnetic storage;

    2.    Granting any license or accepting any licensing fee from any source for *Debbie Does Dallas*.

## II.

The VCX Parties, along with their owners, directors, officers, employees agents successors and assigns and anyone working in concert with any of them, are permanently enjoined from:

    1.    Manufacturing, copying or otherwise reproducing or making any derivative work of *Deep Throat* in any tangible medium, whether now known or contemplated, including but not limited to DVD, videotape, and magnetic storage;

    2.    Granting any license or accepting any licensing fee from any source for *Deep Throat*.

### DISPOSITION OF THE ACTION

The court will retain jurisdiction of this case for the limited purpose of enforcing the consent decree. Otherwise,

Page 5

STIPULATION, FINDINGS THEREON, ORDER AND FINAL JUDGMENT

Case Number 2:09-cv-0737-PMP-PAL

K:\Files\Pistol 0518\VCX 002 – Settlement Document Exchanges\Stipulation and Order.wpd

1       1.      The allegations in the complaint concerning the ownership and validity of the

2  copyrights and trademarks associated with the motion pictures *Deep Throat* and *Devil in*

3  *Miss Jones* are dismissed without prejudice.

4       2.      The remainder of the allegations are dismissed with prejudice.

5       3.      The parties shall bear their own costs and attorneys fees.

6       So Stipulated:

7

8  Arrow Productions, Ltd.                 V.C.X., Ltd.

9

10  By: _____       By: _____

          Raymond Pistol, President         David M. Sutton, President

11

12  _____           _____

     Raymond Pistol, Individually       David M. Sutton, Individually

13

14                   **ORDER AND JUDGMENT**

15       It is so ordered.

16  THIS IS A FINAL JUDGMENT.

17       Signed this _ 18th day of October, 2011.

18

19                  _____

20                  UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27        STIPULATION, FINDINGS THEREON, ORDER AND FINAL JUDGMENT

28                              Case Number 2:09-cv-0737-PMP-PAL

K:\Files\Pistol 0518.VCX 002\- Settlement Document Exchange\Stipulation and Order.wpd

1   Dated: October 18, 2011.          Approved:

2                                      CLYDE DeWITT
                                       LAW OFFICES OF CLYDE DeWITT, APC
3
                                       ALLEN LICHTENSTEIN, ESQ.
4

5
                                       By:    /s/ Clyde DeWitt
6                                                 Clyde DeWitt

7                                      Counsel for Plaintiff,
                                       Arrow Productions, Ltd.
8
                                       TIMOTHY C. RILEY
9                                      LAW OFFICES OF TIMOTHY

10                                     ROBERT B. POOLE
                                       ROBERT B. POOLE, PC
11

12
                                       By:    /s/ Robert B. Pool
13                                                Robert B. Pool

14                                     Counsel for Defendants,
                                       V.C.X., Ltd. And David H. Sutton
15

16

17

18

19

20

21

22

23

24

25

26
                                       **Page 7**
27
                    **STIPULATION, FINDINGS THEREON, ORDER AND FINAL JUDGMENT**
28
                                                      **Case No. 2:09-cv-737-PMP-PAL**

K:\Files\Pistol 0518\VCX 002\Settlement Document Exchanges\Stipulation and Order.wpd